UNITED STATES DISTRICT COURT

**Eastern District of Wisconsin**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 SEP 28 P 2:45

CLERK OF COURT

**PRENTIE SINCLAIR SANDERS,**
Plaintiff,

v.

**CORY WILSON, individually,**
Defendant.

**Case No.** 26-C 1778

# CIVIL RIGHTS COMPLAINT AGAINST CORY WILSON FOR INDIVIDUAL LIABILITY, MAIL TAMPERING, RETALIATORY COERCION, AND BAD-FAITH EXPULSION

## I. PARTIES

1. **Plaintiff:** Prentie Sinclair Sanders is an individual currently residing at **3208 West Clybourn Street, Milwaukee, Wisconsin 53208**.

2. **Defendant:** Cory Wilson is an individual operating as an OARS program agent responsible for supervision support, mail coordination, and participant placement in Milwaukee, Wisconsin.

   He is sued here strictly in his individual capacity.

## II. JURISDICTION AND VENUE

1. This action is brought pursuant to 42 U.S.C. Section 1983 to redress the deprivations of Plaintiff's federally protected civil rights, administrative retaliation, denial of procedural due process, and intentional interference with constitutional safeguards under color of state law.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1391(b) because all events, retaliatory actions, false statements, and omissions giving rise to these claims occurred within Milwaukee, Wisconsin, situated within this judicial district.

## III. STATEMENT OF FACTS

1. **OARS Program Role and Duties:** Defendant Cory Wilson acted as Plaintiff's assigned OARS agent, operating under framework duties intended to provide stable support and secure housing for returning individuals.

2. **Participation in Unlawful Housing Placements:** Defendant Wilson directly participated

in routing and placing Plaintiff into substandard, unverified, and legally unlicensed properties—including 2611 N. Teutonia Ave. and 2225 W. Burleigh St.—exposing Plaintiff to severe code violations, dangerous co-tenants like Dennis Tillman, and subsequent wrongful arrest and homelessness.

3. **Suspicious Demeanor and Consciousness of Guilt:** Whenever interacting with Plaintiff regarding these deficient housing placements and administrative failures, Defendant Wilson consistently displayed a visible state of nervousness, fidgeting, and suspicious avoidance, reflecting his awareness that his unlawful operational practices were being exposed.

4. **Mail Tampering and Hostile Harassment:** Defendant Wilson intentionally interfered with, opened, and mishandled Plaintiff's mail (utilizing the OARS address for routing).

   When addressing these mail issues, Wilson launched into hostile, unprofessional phone communications characterized by the use of profanity and abusive complaints regarding phone call frequency.

5. **Back-Room Lying, Denial of Defense, and Retaliatory Expulsion:** Defendant Wilson acted arbitrarily, maliciously, and outside the bounds of fair administrative practice when he fabricated and propagated false allegations regarding Plaintiff. Defendant Wilson intentionally went behind Plaintiff's back to management to report false narratives, framing Plaintiff and manufacturing pretexts to force him out of the OARS program. At no point was Plaintiff afforded a fair opportunity, hearing, or mechanism to defend himself against Defendant Wilson's lies and misrepresentations.

   Defendant Wilson's deliberate falsehoods and procedural sabotage directly resulted in Plaintiff being improperly forced out of the program, disrupting his housing, stability, and reentry progress.

6. **Retaliatory Coercion:** Defendant Wilson's aggressive conduct, behind-the-scenes deception, and administrative pressure were calculated to force a disruptive program exit, designed to strip Plaintiff of his standing and ability to challenge ongoing institutional and housing violations.

## IV. CAUSES OF ACTION

- **COUNT I: Violation of Civil Rights & Denial of Procedural Due Process (42 U.S.C. § 1983)**
    1. Plaintiff re-alleges all preceding paragraphs.
    2. Defendant Cory Wilson violated Plaintiff's constitutional due process and civil rights by subjecting him to bad-faith administrative coercion, secret false reporting behind his back, denial of any opportunity to defend himself against fabricated charges, retaliatory pressures, and deliberate placement in dangerous, unverified housing environments.
- **COUNT II: Mail Interference and Retaliatory Harassment**

1. Plaintiff re-alleges all preceding paragraphs.

2. Defendant Wilson intentionally tampered with and interfered with Plaintiff's mail access as a punitive measure, utilizing hostile phone calls and profanity on September 22, 2026, to harass Plaintiff for exercising his rights.

- **COUNT III: Intentional Infliction of Emotional Distress**
  1. Plaintiff re-alleges all preceding paragraphs.
  2. Defendant Wilson's extreme, outrageous, and unprofessional conduct—including fabricating lies behind Plaintiff's back to secure his expulsion without a hearing—directly caused Plaintiff severe psychological trauma, distress, loss of stable housing, and prolonged homelessness.

## V. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Prentie Sinclair Sanders respectfully requests that this Court enter judgment in his favor and against Defendant Cory Wilson in his individual capacity, awarding:

- A. Compensatory and punitive damages in an amount to be proven at trial;
- B. Declaratory relief declaring Defendant Wilson's retaliatory mail, secret back-room fabrication, and placement practices unconstitutional;
- C. Costs, fees, and any such further relief as this Court deems just and proper.

**DECLARATION UNDER PENALTY OF PERJURY:** I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

**Date:** September 25, 2026

**Signature:**

Prentie Sanders ________________ **Printed Name:**
Prentie Sinclair Sanders **Address:** 3208 West Clybourn Street, Milwaukee, Wisconsin 53208